I'm already here, and I'm interested in our brain as a human being, and I'm trying to think there are some members of the administration that have been out here for three minutes of my time, so this is probably a little bit of a problem. Thank you. It's one of those issues that, in the United States, there's this old tradition, and that is, often, it's very confusing to describe. It's confusing to observe the simulation as to the jurisdiction of the government, and even in the U.S. Constitution, there's lots of evidence, references, and it seems to just be more, but it's very, more informing than that. It's just a disease, that's what we have. And then there's this issue of, are you supposed to be able to do that? Are you supposed to be able to do that? Would you disagree that in this case, there could be a plural serum of the virus? A plural serum? Well, it's, as you can see, it's a funny plural serum, right? It's a good deal. If you hold it harsh, it's just gonna be worse than the good virus. But, there's so many different perspectives, and there's so many different words of Jesus being pronounced, but, there's other people's view, there's your view of the government, there's your view of the Constitution, there's other people's view. And, I don't know if there's a plural serum, or a plural serum, in the U.S. that is, in this case, we're talking about the issue, we see, or that we're in the zone that we're really not sure what's happened in years, that the statements are very, very good, not even in the U.S. Constitution. Yet, we find that it's still there, that it's still part of the U.S. I see. I think you said, you mentioned, for this reason, you're also saying, I question the availability of the propulsor role in this situation, because, oh, I don't know how many people, you think that, there's only a couple of us in the past, and there's a front-line that seems to be able to actually defend it. You're right, sir. I don't think we can discuss the matter on this, but one thing that's important in all truth, is that all the time, talking about, say, the other officer, or the officers in general, isn't really going to be included in their own issue here. You're right. But, I mean, normally, if we can get somebody to, you know, I can shout at this, because I'm trying to be harmless. And so, you know, I'm not saying that he wasn't stupid. You know, he could be, you know, his organization has defined him, and he said it. He was justified in the matters that he purchased, so calling him lying, well, it's not really so much that he has some parts to be included in this, but it's, you know, you're talking about, instead of the general, you're saying, you're trying to say this, that you're trying to say lying, and thank you very much, you wouldn't be arguing this. I think your argument is, well, the other section came in during the course of this discussion, and you're saying it's a good argument. Well, I'm not talking as if this is a good argument. I'm just talking about whether it was a promise that was put on his heart, because, you know, a lot of people I've met throughout his life have said that this was the first piece of his argument. And so I argue that, you know, it's going to happen in a few days. You know, as soon as this deal takes off, I'm just saying that you're right in the middle of it. As I did say earlier, it's not that he was purchased. Of course, somebody's talking about this, and they're saying that the challenge is just the guns, and they're talking about all the things that they're used to, or at least what they're used to. And I think it's impossible not to discourage it. It's possible not to. And it's a very serious issue. And I agree with the core of the discussion. Of course, it's a very serious issue. I agree with her. I think this has to be a very considerate discussion about the firearms issue. I mean, there are variables involved in it. And I think it will be a considerate discussion. I don't know whether it was some part of the results of the North Carolina report that indicated it was harmful. I don't know whether it was in the community version of the information. I don't understand what were the issues. I don't understand how harmful what occurred here was. And that's what's happening in the county. Yes. Yes. Yes.  Yes. Yes, sir. Yes, sir.    Yes, sir. Yes, sir. Yes, sir. Yes, sir. Yes, sir. Yes, sir. Yes, sir. Yes, sir. This is Andrew Scheindler at Goldman Sachs媽s www.goldsmaximent.com I am not aware of your situation. I just wanted to assess madam's concerns.   I just have one quick question.  Where in Massachusetts in South Flintstokes this student was kidnapped by a riot police? No, madam. Then you all are going to have to hold an interesting conference here. There is a stipulation that he could not recover from the actual hit being done by the storm. And he's been asked to testify in his defense. He just wants to know what's beyond. He has been called to an interesting conference and I'll keep that in mind. He comes to us from all over the country. I have a question. I have a question. Do you know the origin of the accident? And do you think it happened on a train trail? That would be similar. No. No. Well, just wait. You're saying the, uh, the stipulation, the proper stipulation was not sufficient to establish the understanding of the truth question. Now, is that the stipulation? No. Well, we all have a court. That's what that is. Well, because the, uh, the stipulation that the Walmart guy was the gentleman in the accident. But it's true that there was no stipulation that the household of Walmart was the state and federal government. And the way that the government had established that was through the material that was in the document. And the assumption that the stipulation didn't go far enough. It does not. It does not. It's a, it's a, it's a, it's absolutely not. It's not what's right. No, I'm not saying that. Okay, so you mentioned testimony. It is, you could have similar serial numbers, but they didn't, they didn't model, they didn't model it. You could have the same serial number, but then they didn't model it. And I think it's absolutely important to know how much they didn't model it. The only thing that's more important to me is clarifying that it was an error. It was important to not make a stipulation. And so, of course, people are going to share, share, and talk. Because I think that's what they need to do. It's overwhelming. Yeah. Okay. So, I'm going to skip over this one. And it's a serial number. It is a serial number. Well, I think that each of the types of testifiers that we are going to be using today, there could be a different DPM, a different type of DPM model with a serial number. So, should it also be a serial number? Yes. But, I think not all testifiers are serial numbers. Potentially, yes. I think that they indicate according to things like this, which is that serial numbers are not serial numbers. So, there will be a limited set of testifiers for each of all the characteristics. So, I think it's important to make sure we get a good picture. I think it's important to know that you have sufficient evidence to follow up to this next question. We have a lot more than that. Going back to the ultimate answer here, it's more modified than the last error. The error shares are fairly strong. We actually, at this point, do not need to spend any additional time writing this down. We can play with the game. I think that's pretty strong. But, you really pay attention to our next statement. We need to make that very important. We need to make sure that we have as much confidence as possible. So, it's just a lot of people that are just throwing each of the higher-ups around. But, you know, I've seen a couple of trials so far, and there's not necessarily a lot of people that have said, okay, let's do this. That was David's one. That's just kind of a short one. So, I think, like, whatever's coming next, I think it's all going solely to the background experience of what his data communities were when he came up. And, also, it also does help to kind of explore, as well, why he and why he was called up to this next one. And, I thought that was kind of a long-winded answer. I think, just short, I'm not going to get specifically into the background, but I think education is a really important purpose for any program. And, then, I thought we need to limit the instructions. So, we need to make sure that this is not a firearm. We need to keep in mind, and that's what's important to me, that we don't just limit the purposes. We need to limit the instructions.  We need to limit the instructions. All right. Thank you so much. And, I believe that the person who came to establish it, the alumni who came to establish it, of course, is one of the most important and complex, foremost actors in the program. Thank you. I think, I think that's what we need to do.  That's what we need to do. That's what we need to do. I think that's what we need to do. I think the capacity is a big part of the program. I think the capacity is a big part of the program. One of our lemonade conjunctions. One of our lemonade conjunctions. The course you devoted so much time to are something you have to do as well. It's very, there are many steps into this, and finding a way to get through all the answers is sometimes from the course end. It's just the part of the research that is necessary and the opportunity to take advantage of it as we proceed. One of the earlier questions could be that this is what I consider oral treatment, and this is what I believe we consider an entirely secure concept. It could be that the final piece of the lemonade conjunction, or is that something that you just understand? That is correct. But it also could be that you need to be on your own for a few days to know that you have done it, so that you can move on. And, it's very easy to lose that stimulation before you know that you have done it yourself. I have a question. So, I know that you are doing this, and I know that the question is fascinating, so I'm just interested in your thoughts. You know, in the public, you're saying that there are some great decisions that can be made. You know, I'm trying to, I'm not sure if you agree with me, because you said the same. Everybody has their own set of priorities, and that's what I'm trying to do. No, actually, I think you need to change the world, don't you? No, no, no, no, no, no. What I'm saying is, you know, I was living there. And, it was for my interested in how the stimulation could take effect. I wonder sometimes if you have other questions? I think that's a good question. I think that's a good question. Sorry. I'm sorry. Um. It's different, because people need to discern where their, where their, their sense of their content does not set the course of all of this isolation of this experience that the person or the person believes in the person's character on the whole application as you said. Um. And, I think the other question is that you had one of the things that everybody was saying was that the existence of clarity  a similar development  individuals.  and,
judges: Tashima, M. Smith, Korman